FILED: June 27, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1771
(1:16-cv-00180-JCC-IDD)
_____

BRIAN DAVISON

      Plaintiff - Appellant

v.

JAMES PLOWMAN, In his official capacity as Attorney for the Commonwealth for Loudoun County, Virginia, and individually

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:16-cv-00180-JCC-IDD |
| Date notice of appeal filed in originating court: | 04/27/2017 |
| Appellant (s) | Brian Davison |
| Appellate Case Number | 17-1771 |
| Case Manager | Jennifer Rice<br>804-916-2702 |