FILED: July 13, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1771
(1:16-cv-00180-JCC-IDD)
_____

BRIAN DAVISON

   Plaintiff - Appellant

v.

JAMES PLOWMAN, In his official capacity as Attorney for the Commonwealth for Loudoun County, Virginia, and individually

   Defendant - Appellee

_____

O R D E R
_____

   The court grants the motion to withdraw from further representation on appeal.

           For the Court--By Direction

           /s/ Patricia S. Connor, Clerk